**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. 8:23-cv-02388-DOC-DFMx                    Date:  August 8, 2024

Title: Loewy Enterprises LLC v. Royalty Food Partners LLC et al

---

PRESENT:      THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

---

**PROCEEDINGS (IN CHAMBERS):   ORDER TO SHOW CAUSE WHY FINAL JUDGMENT SHOULD NOT ISSUE**

The Court is in receipt of Plaintiff's Request to Enforce Judgment ("Request") (dkt. 37). In the Request, Plaintiff asks that the Court issue final judgment pursuant to a settlement agreement between the parties.

In the settlement agreement, the parties agreed that Defendant owed Plaintiff a debt of $79,556.47 ("the Debt"). Request at ¶ 3. To settle the case, however, the parties agreed that Defendant would pay a smaller sum, $45,000, in equal monthly installments. *Id.* If Defendant defaulted, the agreement provides that the Court "shall immediately enter a Final Order and Judgment" ordering the Defendant to pay the Debt, less any amount already paid. *Id.*

Plaintiff avers that Defendant is in default and has only paid $30,000. *Id.* at ¶ 9. Accordingly, Plaintiff asks this Court to enter a final judgment in the amount of $49,556.47 plus interest.

Defendant is hereby **ORDERD TO SHOW CAUSE** as to why the Court should not issue the final judgment that Plaintiff requests. Defendant's response to this OSC is due by August 16, 2024. Failure to respond to the OSC may be deemed an admission to the factual allegations contained in the Request.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu